Commonwealth *v.* Taylor, Appellant.

Submitted December 6, 1971. *Joseph A. Tate, Andrew Joseph Taylor,* and *Schnader, Harrison, Segal & Lewis,* for appellant; *Richard D. Steel* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Van Scoten, Appellant.

Submitted December 6, 1971. *Kenneth A. Cardone,* Assistant Public Defender, for appellant; *Stephen B. Harris,* Assistant District Attorney, and *Ward F. Clark,* District Attorney, for Commonwealth, appellee.

Order affirmed.